UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:08-CR-67 CAS |
| v. ) | |
| ) | |
| CORIAN J. GREER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Lewis M. Blanton. On August 5, 2008, Judge Blanton filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's Motion to Suppress Evidence be denied.

Defendant filed timely objections to the Magistrate Judge's Report and Recommendation "for the reasons set out within his previously filed Motion to Suppress Evidence." Def.'s Objs. at 1. Defendant did not assert any specific objections to the Magistrate Judge's report and recommendation. The basis for defendant's motion to suppress evidence is that the police officer did not have any reason to request that defendant exit the vehicle in which he was a passenger, following completion of the traffic stop, and that the search was made without valid consent and without lawful reason. Defendant seeks to suppress a .22 caliber pistol and drugs seized from his person.

The Court has carefully and independently reviewed the full record, and has listened to a tape of the evidentiary hearing and reviewed the transcript of the hearing held in this matter on June 30,

2008. Having done so, the Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after de novo review,

**IT IS HEREBY ORDERED** that the objections of defendant Greer are overruled.

**IT IS FURTHER ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 31]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence is **DENIED**. [Doc. 21]

                                                                                                  _____
                                                                                                  **CHARLES A. SHAW**
                                                                                                  **UNITED STATES DISTRICT JUDGE**

Dated this  11th  day of September, 2008.